RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Rafael Ascanio Chavez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL ASCANIO CHAVEZ,<br><br>Defendant. | Case No. 2:18-mj-968-CWH<br><br>**STIPULATION TO ALLOW DEFENDANT TO APPEAR TELEPHONICALLY**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Linda Mott, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Rafael Ascanio Chavez, that Defendant be allowed to appear telephonically or in the alternative via video for the bench trial scheduled for Wednesday, May 1, 2019 at 9:00 a.m.

This Stipulation is entered into for the following reasons:

1. The parties have reached a resolution in this matter.

2. Mr. Chavez lives and works in Los Angeles, California.

3. Under the parties' agreement, Mr. Chavez may well incur more costs and expenses if he was required to travel to Las Vegas than he would face as punishment under the proposed resolution.

This is the first request to allow Defendant to appear telephonically or in the alternative via video filed herein.

DATED this 23rd day of April, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By  */s/ Andrew Wong*<br>ANDREW WONG<br>Assistant Federal Public Defender | By  */s/ Linda Mott*<br>LINDA MOTT<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAFAEL ASCANIO CHAVEZ,<br><br>    Defendant. | Case No. 2:18-mj-968-CWH<br><br>PROPOSED ORDER |

**PROPOSED ORDER**

IT IS THEREFORE ORDERED that Mr. Chavez may appear telephonically for his May 1, 2019 change of plea.

DATED this  26   day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE